| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 3843903 | **DATE** 09/27/2019 |
|---|---|---|---|---|
| **NAME** RITTER, Demarco Dawn | **OFFICER** Brian Mays | | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 19-CR-20292-01 |

| ORIGINAL SENTENCE DATE 02/15/2019 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 15 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/15/2019 | | | | |
| EXPIRATION 02/14/2021 | | | | |
| **ASST. U.S. ATTORNEY** Saima Mohsin | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1:  21 U. S. C. §§ 841(a)(1), 841(b)(1)(C), 846 and 18 U.S.C. § 2, Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of time served, to be followed by a two-year term of supervised release.

Name of Sentencing Judicial Officer:  Honorable Daniel L. Hovland, District of North Dakota.  Jurisdiction accepted by the Honorable Stephen J. Murphy, III on May 10, 2019.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a drug/alcohol dependency treatment program as approved by the supervising probation officer.
2. You must totally abstain from the use of illegal drugs or the possession of a controlled substance, as defined in 21 U. S. C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.
3. You must not consume alcohol in excess.
4. You must submit to drug and/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.
5. As directed by the Court, if during the period of supervised release the supervising probation officer determines you are in need of placement in a Residential Re-Entry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3843903 | DATE 09/27/2019 |
|---|---|---|---|---|
| **NAME** RITTER, Demarco Dawn | **OFFICER** Brian Mays | **JUDGE** Stephen J. Murphy, III | | **DOCKET #** 19-CR-20292-01 |

without prior permission of the supervising probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.

6. You must submit your person, residence, workplace, vehicle, computer (including passwords), and/or possessions to a search conducted by a United States Probation Officer based upon reasonable suspicion of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation, additional criminal charges, and arrest. You must notify any other residents that the premises may be subject to searches pursuant to this condition.
7. You must participate in a program aimed at addressing specific interpersonal or social areas, for example, cognitive skills at the direction of your supervising probation officer.

Criminal Monetary Penalty: Special Assessment $100.00. (paid)

The probation officer believes that the offender has violated the following conditions of supervised release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On September 16, 2019, RITTER was arrested by the Warren Police Department for CCW-Carrying Concealed Weapon and Stolen Property, Docket No. W194714A of the 37th District Court. RITTER is scheduled for a Probable Cause hearing on September 24, 2019. |
| 2 | **Violation of Standard Condition No. 10:** "YOU MUST NOT OWN, POSSESS, OR HAVE ACCESS TO A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR WEAPON." <br><br> On Monday, September 16, 2019, Warren police officers arrested the offender for Stolen Property and Carrying Concealed Weapon. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Brian Mays/wg 313-234-5406 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Russell LaForet 313-234-5269 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 3843903 | DATE 09/27/2019 |
|---|---|---|---|---|
| **NAME** RITTER, Demarco Dawn | | **OFFICER** Brian Mays | **JUDGE** Stephen J. Murphy, III | **DOCKET #** 19-CR-20292-01 |

[X]  The Issuance of a Summons

[ ]  Other

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

10/1/2019
Date